ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (150796)
DAVID A. KNOTTS (235338)
ESTHER LEE BYLSMA (264208)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
randyb@rgrdlawa.com
dknotts@rgrdlaw.com
elee@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re SEQUENOM, INC. STOCKHOLDER LITIGATION | ) ) ) ) | Lead Case No. 16-cv-02054-JAH-BLM<br><br>CLASS ACTION |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) | NOTICE OF RECENT AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

Cases\4836-6370-3222.v1-3/2/20

TO: THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD

Plaintiff respectfully submits the Northern District of California's decision on remand in *Emulex* (Ex. A). In the decision, the Northern District of California held, among other things, that: (1) "[n]egligence is not a state of mind, but a standard of care" so that the PSLRA's heightened standard for pleading a state of mind did not apply (Ex. A at 20); and (2) *Zucco Partners'* "highly unreasonable" standard was not applicable to pleading a material omission under Section 14(e) (Ex. A at 13).[1]

Previous submissions from both parties have discussed the issues in *Emulex* such that this short, non-adversarial notice should be sufficient to alert the Court of this decision. Should Defendants submit a response that delves into substantive argument, Plaintiff reserves all rights to respond accordingly.

DATED: March 2, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
DAVID A. KNOTTS
ESTHER LEE BYLSMA

s/David A. Knotts
DAVID A. KNOTTS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)

Additional Counsel for Plaintiff

---

[1] *See* Plaintiff's Supplemental Brief on the Issue of Whether the Consolidated Amended Class Complaint Adequately Pleads Negligence (ECF No. 98), at 1-2 & fn. 3 (arguing same).

Cases\4836-6370-3222.v1-3/2/20

16-cv-02054-JAH-BLM

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 2, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/David A. Knotts
DAVID A. KNOTTS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: DKnotts@rgrdlaw.com

Cases\4836-6370-3222.v1-3/2/20

16-cv-02054-JAH-BLM

## Mailing Information for a Case 3:16-cv-02054-JAH-BLM Malkoff v. Sequenom, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter M Adams**
  padams@cooley.com,DEATRICKCA@cooley.com,daland@cooley.com,ktorres@cooley.com,banderson@cooley.com,slightdale@cooley.com,john-brocales-7263@ecf.pacerpro.com,efiling-notice@ecf.pacerpro.com

- **Michael J Dowd**
  MikeD@rgrdlaw.com

- **Joel E. Elkins**
  jelkins@weisslawllp.com,joshua-rubin-1257@ecf.pacerpro.com,exec@weisslawllp.com,cafilings@weisslawllp.com

- **Koji F Fukumura**
  kfukumura@cooley.com,jdetch@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Michael Frederick Gosling**
  mgosling@jonesday.com,dpierson@jonesday.com

- **Scott R. Haiber**
  scott.haiber@hoganlovells.com

- **Frank J. Johnson , Jr**
  frankj@johnsonfistel.com,scotth@johnsonfistel.com,michaelf@johnsonfistel.com,brett@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com

- **David A Knotts**
  dknotts@rgrdlaw.com,jaimem@rgrdlaw.com

- **Eun Jin Lee**
  elee@rgrdlaw.com

- **Sarah M. Lightdale**
  slightdale@cooley.com

- **Ronald Marron**
  ron@consumersadvocates.com,ecf@consumersadvocates.com

- **Adam C. McCall**
  amccall@zlk.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Kristen L. O'Connor**
  kristeno@johnsonfistel.com,paralegal@johnsonfistel.com

- **Barbara A. Rohr**
  barohr@gmail.com,smarton@faruqilaw.com,brohr@mobasserilaw.com,bheikali@faruqilaw.com,ecf@faruqilaw.com,tpeter@faruqilaw.com,ecfca@faruqilaw.com

- **David W. Skaar**
  david.skaar@hoganlovells.com,ladocketing@hoganlovells.com,mae.chester@hoganlovells.com

- **Avi N Wagner**
  avi@thewagnerfirm.com

- **James M Wilson , Jr**
  jwilson@faruqilaw.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)