UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re SEQUENOM, INC. STOCKHOLDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 16-cv-02054-JAH-BLM<br><br>CLASS ACTION<br><br>ORDER WITHDRAWING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE FOR AMENDED MOTION TO DISMISS |
|---|---|

On May 27, 2022, the parties appeared for a status conference addressing Defendants' pending motion to dismiss. The Court discussed the status of the pending motion which includes supplemental briefing and numerous notices of recent authority and responses to the notices. Upon further review of the record and considering the policy supporting judicial economy, the Court finds it appropriate to direct the parties to file amended briefs that incorporate all arguments the parties wish the Court to consider in ruling on the motion to dismiss, including those arguments in the original briefs, supplemental briefs and notices of recent authority and responses the parties request the Court review.

Accordingly, IT IS HEREBY ORDERED:

1                               16-cv-02054-JAH-BLM

1. Defendants' motion to dismiss (Doc. No. 56) is withdrawn without prejudice.

2. Defendants shall file an amended motion to dismiss, which is complete in and of itself without reference to the original motion or any previously filed brief, notice or response on the issue, **no later than July 5, 2022**.

3. Plaintiffs shall file their response to the amended motion to dismiss, which is complete in and of itself without reference to the original response or any previously filed brief, notice or response on the issue, **no later than August 2, 2022**.

4. Defendants may file a reply **no later than August 16, 2022**. *The motion will be deemed under submission at that time without oral argument unless otherwise ordered by the Court.*

5. Any previously asserted argument not included in the amended briefs will be considered waived.

6. The parties shall not file any supplemental briefs or notices of recent authority without first seeking leave of Court.

DATED: May 31, 2022

_____
JOHN A. HOUSTON
United States District Judge